# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>DOUGLAS E. BARNHART, INC.,<br><br>               Defendant.<br><br>AND ALL RELATED ACTIONS. | Civil No. 06cv0717 J (JMA)<br><br>**ORDER:**<br>**1)   GRANTING VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT BY DOUGLAS BARNHART AGAINST ZURICH AMERICAN INSURANCE CO. [Doc. No. 30]; and**<br><br>**2)   DENYING ZURICH AMERICAN INSURANCE CO.'S MOTION TO DISMISS AS MOOT [Doc. No. 23]** |

Before the Court is Third-Party Plaintiff Douglas E. Barnhart's Notice of Dismissal of the Third-Party Complaint against Third-Party Defendant Zurich American Insurance Co. [Doc. No. 30.] The Court construes this as notice of voluntary dismissal made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Finding that no answer or motion for summary judgment has been filed with respect to the Third-Party Complaint, the Court **GRANTS** Third-Party Plaintiff Douglas E. Barnhart's Notice of Voluntary Dismissal without prejudice. [Doc. No. 30.] As a consequence, Third-Party Defendant Zurich American Insurance Co.'s Motion to Dismiss the Third-Party Complaint is **DENIED AS MOOT**. [Doc. No. 23.]

      **IT IS SO ORDERED.**

DATED: March 6, 2007

                                                   HON. NAPOLEON A. JONES, JR.
                                                   United States District Judge

cc: Magistrate Judge Adler
     All Counsel of Record