# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS E. BARNHART, INC.,<br><br>　　　　　　Defendant.<br><br>AND ALL RELATED ACTIONS. | Civil No. 06cv0717 J (JMA)<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

　　　　Before the Court is a Joint Motion to Dismiss the claim of the Intervenor, Artimex Iron Co., Inc. ("Artimex"). [Doc. No. 33.] This Court, having reviewed the matter as stated above and finding good cause therefor, **ORDERS** that the claim of Intervenor Artimex be **dismissed without prejudice**, in accordance with the terms set forth. Such dismissal will not prejudice Artimex's claim for damages within the counter-claim of Douglas E. Barnhart, Inc.

　　**IT IS SO ORDERED.**

DATED: May 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Magistrate Judge Adler
　　　All Counsel of Record